OPINIONS PER CURIAM, ETC., FROM JANU-
ARY 12, 1915, TO JUNE 21, 1915.

No. ——. Original. *Ex parte:* IN THE MATTER OF
JAMES J. FLETCHER ET AL., PETITIONERS. Motion for
leave to file petition for writ of *habeas corpus* submitted
January 25, 1915. Decided February 1, 1915. Motion
for leave to file petition for writ of *habeas corpus* denied.
*Mr. Henry E. Davis* and *Mr. James A. O'Shea* for the
petitioners. *The Solicitor General* opposing.

---

No. 148. SOUTHERN EXPRESS COMPANY, PLAINTIFF
IN ERROR, *v.* EMIL J. STEHLI ET AL. In error to the
Supreme Court of the State of North Carolina. Argued
for plaintiff in error January 25, 1915. Decided Febru-
ary 23, 1915. *Per Curiam.* Judgment reversed with
costs, and case remanded for further proceedings upon
the authority of *Adams Express Company* v. *Croninger*,
226 U. S. 491; *Wells, Fargo & Co.* v. *Neiman-Marcus
Co.*, 227 U. S. 469; *Kansas Southern Railway* v. *Carl*,
227 U. S. 639; *Chicago, Rock Island & Pacific Railway*
v. *Cramer*, 232 U. S. 490; *Seaboard Air Line* v. *J. M.
Pace Mule Co.*, 234 U. S. 751. *Mr. Robert C. Alston* for
the plaintiff in error. No appearance for the defendants
in error.